UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENCELAUS CHRISTOPHER CASTRO,

Plaintiff,

v.

DIRECTOR OF CDCR,

Defendant.

Case No. 25-cv-02418-NW

**ORDER OF DISMISSAL**

On February 10, 2025, Plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983.  ECF No. 1.  On March 10, 2025, the Court notified Plaintiff that the action was deficient because he had not paid the filing fee or filed an application for leave to proceed *in forma pauperis* (IFP) and instructed him to cure the deficiency within 28 days.  ECF No. 4.  The deadline passed and Plaintiff did not pay the filing fee nor file an application to proceed IFP.  Accordingly, the matter is **DISMISSED** without prejudice to Plaintiff filing a motion to reopen the action.  Any motion to reopen must be accompanied by either the filing fee or a complete IFP application.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 24, 2025

Noël Wise
United States District Judge

United States District Court
Northern District of California